# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 11CR4041-WQH |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| MARLON RHODES, JR. (1), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) on the Information of:

18:1591(a) and (b)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 9/29/11

LOUISA S PORTER
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____